**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

IN RE:  Victor C. DeMaggio

                Case No. 06-44665-TJT
                Chapter 13
                HON. Thomas J. Tucker

        Debtor.
_____/

**NOTICE OF POST-CONFIRMATION PLAN MODIFICATION**

        NOW COMES Victor C. DeMaggio, Debtor herein, by and through his attorney, CHARLES J. SCHNEIDER, and proposes the following post-confirmation plan modifications:

1. To increase the Chapter 13 plan payment to $334.82, per semi- monthly, effective 10/13/2011, in order for timely plan completion. Amended Schedules I and J are being filed contemporaneously with this plan modification.
2. To surrender the condominium located at 2419 Riverside Drive, #106, Trenton, Michigan. Creditor has filed a Motion to Lift the Automatic Stay, identified as docket entry 109 in this Court's docket.
3. This plan modification does not adversely affect Classes One, Two, Three, Five, Six, or Eight.
4. Liquidation Analysis:

**N. LIQUIDATION ANALYSIS AND STATEMENT OF VALUE OF ENCUMBERED PROPERTY [LBR 3015-1(b)(1)]**:

| TYPE OF PROPERTY | FAIR MARKET VALUE | LIENS | DEBTOR'S SHARE OF EQUITY* | EXEMPT AMOUNT | NON-EXEMPT AMOUNT |
|---|---|---|---|---|---|
| PERSONAL RESIDENCE | 260,000.00 | 226,844.39 | 14,155.61 | 14,155.61 | 0.00 |
| VEHICLES | 14,072.19 | 12,572.19 | 1,500.00 | 1,500.00 | 0.00 |
| HHG/PERSONAL EFFECTS | 2,000.00 | 0.00 | 2,000.00 | 2,000.00 | 0.00 |
| JEWELRY | 200.00 | 0.00 | 200.00 | 200.00 | 0.00 |
| CASH/BANK ACCOUNTS | 2,459.44 | 0.00 | 2,459.44 | 2,459.44 | 0.00 |
| OTHER | 76,212.36 | 12,147.94 | 64,064.42 | 64,064.42 | 0.00 |

*Debtor has partial interest in 1 property.  "Debtor's Share of Equity" column has been adjusted accordingly.

| | |
|---|---|
| Amount available upon liquidation ............................................................. | $ 0.00 |
| Less administrative expenses and costs ...................................................... | $ 0.00 |
| Less priority claims...................................................................................... | $ 2,000.00 |
| Amount Available in Chapter 7 .................................................................. | $ 0.00 |

**Your rights may be affected.  You should read these papers carefully and discuss them with your**

P:\LNTPA Files\Case\Modification of Plan\DeMaggio, Victor 102011.WPD

**attorney. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the POST-CONFIRMATION PLAN MODIFICATION, or if you want the court to consider your views on the modification, within TWENTY-ONE (21) days from the date of service of this modification, you or your attorney must:

1. File a written response or an answer explaining your position with[1]:
   United States Bankruptcy Court
   211 West Fort Street, Suite 2100
   Detroit, MI 48226

If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the **TWENTY FIRST (21st)** day from the date of service of this modification.

You must also mail a copy to:

Charles J. Schneider, Attorney for Debtor(s), 39319 Plymouth Rd., Suite 1, Livonia, MI 48150
Victor C. DeMaggio, , 2419 Riverside Dr, Apt. 106, Trenton, MI 48183
Chapter 13 Trustee, Buhl Building, 535 Griswold, Ste. 2100, Detroit, MI 48226
United States Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought and may enter an order granting that relief.**

    /s/ Lisa M. Nedzlek
CHARLES J. SCHNEIDER (P27598)
MELISSA A. CAOUETTE (P62729)
LISA M. NEDZLEK (P71407)
RYAN E. LADLEY (P72694)
Attorneys for Debtor(s)
39319 Plymouth Rd., Ste. 1
Livonia, MI 48150
(734) 591-4890
notices@cschneiderlaw.com

Dated: October 13, 2011

---

[1]Response or answer must comply with F.R.Civ.P. 8(b), (c) and (e)

P:\LNTPA Files\Case\Modification of Plan\DeMaggio, Victor 102011.WPD

**WORKSHEET**

1. Length of Plan is _____ weeks; __60__ months; _____ years.

   Debtor #1:

2. $ __165.83__ per pay period x __120__ (Semi-Monthly) pay periods per Plan = $ __19,899.00__ total per Plan

   Debtor #2:

   $ _____ per pay period x _____ ( ) pay periods per Plan = $ _____ total per Plan

3. $ _____ per period x _____ periods in Plan = _____

4. Lump Sums: _____ 0.00

5. Equals total to be paid into the Plan _____ 19,899.00

6. Estimated trustee's fees _____ 1,134.00

7. Attorney fees and costs _____ 3,000.00 (for purposes of determining feasibility only)

8. Total priority claims _____ 2,000.00

9. Total installment mortgage or other long-term debt payments _____ 0.00

10. Total of arrearage including interest _____ 0.00

11. Total secured claims, including interest _____ 13,752.11

    Total of items 6 through 11    $ __19,886.11__

12. Funds available for unsecured creditors (item 5 minus item 11)    $ __12.89__

13. Total unsecured claims (if all file)    $ __27,163.09__

14. Estimated percentage to unsecured creditors under Plan (item 12 divided by item 13) __0 %__

15. Estimated dividend to general unsecured creditors if Chapter 7, (see liquidation analysis attached)    $ __0.00__

COMMENTS:

Please see attached plan calculation.

P:\LNTPA Files\Case\Modification of Plan\DeMaggio, Victor 102011.WPD

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Victor C. DeMaggio

Case No. 06-44665-TJT
Chapter 13
HON. Thomas J. Tucker

Debtor.
_____/

**NOTICE OF DEADLINE TO OBJECT TO PROPOSED CHAPTER 13 PLAN MODIFICATION**

The deadline to file an objection to the proposed chapter 13 plan modification is 21 days after service.

If no timely objection is filed, the proponent of the plan modification may file a certificate of no objection and the modified plan will then become effective.

If a timely objection is filed, the Court will set the matter for hearing and give notice of the hearing to the debtor, the proponent of the plan modification, the trustee and any objecting parties. In that event, the plan modifications will become effective when the Court enters an order overruling or resolving all objections.

Objections to the attached proposed chapter 13 plan modification shall be served on the following:

Charles J. Schneider, Attorney for Debtor, 39319 Plymouth Rd., Suite 1, Livonia, MI 48150
Victor C. DeMaggio, , 2419 Riverside Dr, Apt. 106, Trenton, MI 48183
Chapter 13 Trustee, Buhl Building, 535 Griswold, Ste. 2100, Detroit, MI 48226
United States Trustee, 211 West Fort Street, Suite 700, Detroit, MI 48226

/s/ Lisa M. Nedzlek
CHARLES J. SCHNEIDER (P27598)
MELISSA A. CAOUETTE (P62729)
LISA M. NEDZLEK (P71407)
RYAN E. LADLEY (P72694)
Attorneys for Debtor(s)
39319 Plymouth Rd., Ste. 1
Livonia, MI 48150
(734) 591-4890
notices@cschneiderlaw.com

Dated: October 13, 2011

P:\LNTPA Files\Case\Modification of Plan\DeMaggio, Victor 102011.WPD

IN RE: Victor C. DeMaggio

                                    Case No. 06-44665-TJT
                                    Chapter 13
                                    HON. Thomas J. Tucker

                Debtor.
_____/

## PROOF OF SERVICE

Sandra Delozier, certifies that she is employed by the Law Office of Charles J. Schneider, P.C., attorney for Debtor, and states that on <u>October 13, 2011</u>, she served a copy of NOTICE OF POST-CONFIRMATION PLAN MODIFICATION to:

Tammy L. Terry
Buhl Building
535 Griswold, Ste. 2100
Detroit, MI 48226

all parties indicated on the attached dated court matrix

Electronically pursuant to the court notice of service and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage prepaid.

                                                      /s/ Sandra.Delozier
                                                      SANDRA DELOZIER
                                                      LAW OFFICE OF CHARLES J. SCHNEIDER, P.C.
                                                      39319 Plymouth Rd., Ste. 1
                                                      Livonia, MI 48150
                                                      (734) 591-4890
                                                      notices@cschneiderlaw.com

| Label Matrix for local noticing<br>0645-2<br>Case 06-44665-tjt<br>Eastern District of Michigan<br>Detroit<br>Thu Oct 13 13:24:35 EDT 2011 | Fidelity Investments Institutional Operation<br>Lawrence M. Dudek, Esq.<br>Miller, Canfield, Paddock & Stone, PLC<br>150 W. Jefferson, Suite 2500<br>Detroit, MI 48226-4415 | Ford Motor Company<br>Lawrence M. Dudek, Esq.<br>Miller, Canfield, Paddock & Stone, PLC<br>150 W. Jefferson, Suite 2500<br>Detroit, MI 48226-4415 |
|---|---|---|
| 2<br>211 West Fort Street<br>Detroit, MI 48226-3244 | B-Real, LLC/Chase Bank USA, N.A.<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA 98121-2317 | Best Buy<br>Officer of Receipt of Process<br>PO Box 15521<br>Wilmington, DE 19850-5521 |
| Carol DeMaggio<br>3722 Steiner St<br>Trenton, MI 48183-3987 | Chase<br>Attn: Officer for receipt of Process<br>PO Box 94014<br>Palatine, IL 60094-4014 | Countrywide Funding Corp<br>Attn: Officer for receipt of Process<br>PO Box 10229<br>Van Nuys, CA 91410-0229 |
| Fifth Third Bank<br>1850 E Paris Ave SE<br>MD#ROPS05/Bankruptcy<br>Grand Rapids MI 49546-6253 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Ford Motor Company<br>State Street Trustee FBO SSIP<br>Ford National Employee Services Center<br>Box 223637<br>Pittsburgh, PA 15251-2637 |
| Ford Motor Company<br>c/o Lawrence M. Dudek, Esq.<br>150 W. Jefferson, Suite 2500<br>Detroit, MI 48226-4415<br>dudek@millercanfield.com | Ford Motor Company TESPHE<br>c/o Fidelity Investments<br>82 Devonshire St.<br>Boston, MA 02109-3605 | (p)FORD MOTOR CREDIT COMPANY<br>PO BOX 6275<br>DEARBORN MI 48121-6275 |
| Gregg L. Kabacinski & Assoc.<br>Attn: Officer for receipt of Process<br>1530 Rochester Road<br>Royal Oak, MI 48067-1327 | Guaranty Residential Lending<br>Attn: Officer for receipt of Process<br>PO Box 40<br>Austin, TX 78767-0040 | Household Bank (SB), N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 |
| Kilpatrick & Associates PC<br>903 N. Opdyke<br>Suite C<br>Auburn Hills, MI 48326-2693 | Kohl's Department Store (BK)<br>Attn: Officer for receipt of Process<br>PO Box 740933<br>Dallas, TX 75374-0933 | Kohls/Chase Bank USA<br>PO Box 740933<br>Dallas TX 75374-0933 |
| Kohls/Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas,TX 75374-0933 | Quest Diagnostics<br>Attn: Officer for receipt of Process<br>PO Box 740020<br>Cincinnati, OH 45274-0020 | Riverside Condominium Association<br>c/o KS Management Services Inc.<br>PO Box 62194<br>Phoenix, AZ 85082-2194 |
| Wayne County Friend of Court<br>Child Support Unit<br>250 Penobscot Building<br>Detroit, MI 48226-4014 | eCAST Settlement Corporation<br>Assignee of Household Bank<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Charles J. Schneider<br>39319 Plymouth Rd.<br>Ste. 1<br>Livonia, MI 48150-1064 |
| Lisa Nedzlek<br>39319 Plymouth Rd<br>Livonia, MI 48150-1059 | Tammy L. Terry<br>Buhl Building<br>535 Griswold<br>Suite 2100<br>Detroit, MI 48226-3681 | Victor C. DeMaggio<br>2419 Riverside Dr.<br>Apt. 106<br>Trenton, MI 48183-2757 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fifth Third Bank<br>Attn: Officer for receipt of Process P.<br>38 Fountain Square Plaza<br>P.O. Box 630778<br>Cincinnati, OH 45263 | Ford Motor Credit Company<br>Attn: Officer for receipt of Process<br>17197 North Laurel Park Drive<br>Suite 402<br>Livonia, MI 48152 | (d)Ford Motor Credit Company<br>Attn: Officer for receipt of Process<br>PO Box 537901<br>Livonia, MI 48153 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u) Bank of America, N.A. | (u)BAC Home Loans Servicing LP | (u)Countrywide Home Loans Servicing, L.P. |

(u)Daniel M. McDermott

End of Label Matrix
Mailable recipients    29
Bypassed recipients     4
Total                  33



**13Network** — Enter Case Number, Name, Social Security Number, or @1st Address Line:

CHARLES SCHNEIDER 7345914890  Case Query    Calendar                                                              LogOut Now

PROFILE | PARTIES | PAY SCHEDS | PAYEES | FINANCIALS | PLAN CALC 1 | MATTERS |

Recently Accessed Cases: 06-44665-TJT VICTOR C DE

**06-44665-TJT VICTOR C DEMAGGIO** (xxx-xx-5529) 2419 RIVERSIDE DR • • TRENTON • MI • 48183 $165.83 SM/
Bar Date(s): 4/9/2007 (has passed) 7/8/2007
Confirmed: 2/27/2007
Trustee: Tammy L. Terry    Attorney: CHARLES J SCHNEIDER    Case Status: Active, Open Case

The data on these pages has not been audited and is provided for general information only.

56 Month(s) since Confirmation  UP = $0.00   TPI = $19,767.81   BOH = $0.00

| Line | Name | Claimed Amount | Mortgage Due | Coll / Value | Interest Rate | Monthly Payment | To Be Paid | Mo |
|---|---|---|---|---|---|---|---|---|
| | **ATTORNEY FEE** | | | | | | | |
| 1 | CHARLES J SCHNEIDER | $600.00 | | $600.00 | | | $600.00 | |
| | **A-ARREARS** | | | | | | | |
| 2 | ADDED CREDITOR | | | | | | | |
| 3 | ADDED CREDITOR | | | | | | | |
| | **E-LEASE** | | | | | | | |
| 4 | ADDED CREDITOR | | | | | | | |
| | **F-ADM EXP CLAIM** | | | | | | | |
| 5 | ADDED CREDITOR | | | | | | | |
| | **G-CONTINUING Lease, Secured or Vehicle** | | | | | | | |
| 6 | ADDED CREDITOR | | | | | | | |
| 7 | ADDED CREDITOR | | | | | | | |
| | **GAP Mortgage or Lease** | | | | | | | |
| 8 | ADDED CREDITOR | | | | | | | |
| | **M-MORTGAGE** | | | | | | | |
| 9 | ADDED CREDITOR | | | | | | | |
| 10 | ADDED CREDITOR | | | | | | | |
| | **P-PRIORITY** | | | | | | | |
| 11 | ADDED CREDITOR | | | | | | | |
| 12 | ADDED CREDITOR | | | | | | | |
| | **S-SECURED** | | | | | | | |
| 13 | FORD MOTOR COMPANY STATE STREET TRUSTEE FBO SSIP | $8,820.59 | | $1,339.61 | 4.5000 | $338.05 | $1,352.19 | 3 |
| 14 | FORD MOTOR COMPANY STATE STREET TRUSTEE FBO SSIP | $3,327.35 | | $560.57 | 7.0000 | $142.19 | $568.77 | 4 |
| 15 | ADDED CREDITOR | | | | | | | |
| 16 | ADDED CREDITOR | | | | | | | |
| | **V- VEHICLE** | | | | | | | |
| 17 | ADDED CREDITOR | | | | | | | |
| 18 | ADDED CREDITOR | | | | | | | |
| | **WATER BILL** | | | | | | | |
| 19 | ADDED CREDITOR | | | | | | | |
| | **ASSOCIATION DUES CONTINUING** | | | | | | | |
| 20 | ADDED CREDITOR | | | | | | | |
| 21 | ADDED CREDITOR | | | | | | | |
| | All Unsecured Creditors | Total Unsecured | | | Percent Allowed | | Amount Allowed | |
| 22 | | 12.89 | | | 100 | | $12.89 | |

Change Line# 0   [OK]   Plan Terms  4   [Calc]   Unsecured % 100   [Calc]   Due to Creditors:  $0.00   $2,678.49
[Restart]                                                                                  In from Debtor:   $669.64   $2,678.56

Trustee's % 5.4

**Debtor 1 Pay Schedules**

| Who's Paying | Amount | Schedule | UpdCalc |
|---|---|---|---|
| FORD MOTOR COMP | $334.82 | SEMI-MONTHLY | $ ? |
| VICTOR C DEMAGG | $0.00 | WEEKLY | $ ? |

Lump Sum $ 0.00

Delete Line 0   [OK]

**Debtor 2 Pay Schedules**

| Who's Paying | Amount | Schedule | Upd Calc |
|---|---|---|---|
| DEBTOR | $0.00 | WEEKLY | $ |

Tammy L. Terry - Detroit, MI       Your Chapter 13 Information Management System        ©2004 BSS LLC.